# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ANTRAN BUSINESS LLC, a California Limited Liability Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE SECRET KITCHEN LLC, a California Limited Liability Company doing business as SECRET KITCHEN, and BRENDA ANDERSON, an individual, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brenda Anderson, an individual, and
The Secret Kitchen LLC, a California Limited Liability Company doing business as Secret Kitchen
399 King Road
Petaluma, California 94952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jon R. Robertson (CSBN 134490)
ROBERTSON & OLSEN, LLP
2601 Main Street, Suite 500
Irvine, CA 92614

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*