UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRAN BUSINESS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SECRET KITCHEN LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-05601-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 16 |

Plaintiff's motion to appear telephonically at the case management conference on March 8, 2016 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: February 26, 2016

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge