1  Jon R. Robertson, APC (CSBN 134490)
   Walter M. Crandall, Esq. (CSBN 250976)
2  ROBERTSON & OLSEN LLP
   2601 Main Street, Suite 500
3  Irvine, CA  92614
   Tel. (714) 361-2111
4  Fax (714) 361-2110

5  Attorneys for Plaintiff
   ANTRÁN BUSINESS LLC,
6  a California limited liability company

7  | Aaron K. McClellan, Esq., SBN 197185 | C. TODD NORRIS (SBN 181337) |
   | amcclellan@mpbf.com | PAUL D. NELSON (SBN 62258) |
8  | Thomas P. Mazzucco, Esq., SBN 139758 | Bullivant Houser Bailey PC |
   | tmazzucco@mpbf.com | 235 Pine Street, Suite 1500 |
9  | Patrick J. Wingfield, Esq., SBN 265140 | San Francisco, California 94104-2752 |
   | pwingfield@mpbf.com | Telephone: 415.352.2700 |
10 | MURPHY, PEARSON, BRADLEY & FEENEY | Facsimile: 415.352.2701 |
   | 88 Kearny Street, 10th Floor | E-Mail: todd.norris@bullivant.com |
11 | San Francisco, CA  94108-5530 | paul.nelson@bullivant.com |
   | Tel:    (415) 788-1900 | |
12 | Fax:   (415) 393-8087 | |
   | | Attorneys for Defendants (See Sig. Page) |
13 | Attorneys for Defendants (See Signature Page) | |

14

15                    **UNITED STATES DISTRICT COURT**

16              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17
   ANTRAN BUSINESS LLC, a California          CASE NO. 4:15-cv-05601-KAW
18 Limited Liability Company,
                                             **STIPULATION FOR DISMISSAL OF**
19                          Plaintiff,        **ACTION PURSUANT TO FEDERAL**
                                             **RULE OF CIVIL PROCEDURE 41(a)**
20              v.                            **AND FOR RETENTION OF**
                                             **JURISDICTION OVER ACTION TO**
21 THE SECRET KITCHEN LLC, a California       **ENFORCE SETTLEMENT** : ORDER
   Limited Liability Company doing business as
22 SECRET KITCHEN, and BRENDA               Honorable Kandis A. Westmore
   ANDERSON, an individual,
23
                            Defendants.
24

25          IT  IS  HEREBY  STIPULATED,  pursuant  to  Federal  Rule  of  Civil  Procedure

26 41(a)(1)(A)(ii), by Plaintiff AnTran Business LLC ("AnTran") on the one hand, and Defendant

27 The Secret Kitchen LLC doing business as Secret Kitchen and Defendant Brenda Anderson

28                                         - 1 -

(collectively "Secret Kitchen"), on the other hand, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS FURTHER STIPULATED by and between AnTran and Secret Kitchen that the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the parties' confidential settlement agreement.

Respectfully submitted,

Dated:  May 18, 2016                    **ROBERTSON & OLSEN, LLP**

By:     /s/ WALTER M. CRANDALL
        WALTER M. CRANDALL, ESQ.
        Attorneys for Plaintiff
        **ANTRAN BUSINESS LLC**

Dated:  May 18, 2016                    **BULLIVANT HOUSER BAILEY PC**

By:     /s/  C. TODD NORRIS
        C. TODD NORRIS, ESQ.
        Attorneys for Defendants
        **THE SECRET KITCHEN LLC** and
        **BRENDA ANDERSON**

Dated:  May 18, 2016                    **MURPHY, PEARSON, BRADLEY &
                                        FEENEY**

By:     /s/   PATRICK J. WINGFIELD
        PATRICK J. WINGFIELD, ESQ.
        Attorneys for Defendants
        **THE SECRET KITCHEN LLC** and
        **BRENDA ANDERSON**

- 2 -

1

## <u>ORDER</u>

2

The Court having reviewed the parties' Stipulation for Voluntary Dismissal of Action

3

4

Pursuant to Federal Rule of Civil Procedure 41(a) and for Retention of Jurisdiction over Action to

Enforce Settlement ("Stipulation"), and good cause appearing:

5

6

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED and the above-captioned

7

action is dismissed with prejudice in its entirety.  The parties shall bear their own attorney fees and

8

costs.

9

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain jurisdiction over this

10

action following its dismissal for the sole purpose of enforcing the terms of the parties' confidential

11

12

settlement agreement.

13

14

Dated: May 25, 2016

Hon. Kandi A. Westmore

15

16

United States District Court Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -